[No. 34982-1-I.    Division One.    September 16, 1996.]

CAROLE J. LAWRENCE, *Respondent*, v. R.W.
REXFORD LAWRENCE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-3-01635-6, Jim Bates, J., entered June 22,
1994. *Affirmed in part, reversed in part* by unpublished per
curiam opinion.

[No. 35023-4-I.    Division One.    September 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
RONALD KEITH HEMPHILL, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-01051-1, Anthony P. Wartnik, J., entered
July 18, 1994. *Affirmed* by unpublished per curiam
opinion.

[No. 35448-5-I.    Division One.    September 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
BILLY WAYNE ROSS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-03219-1, George T. Mattson, J., entered
October 24, 1994. *Affirmed* by unpublished per curiam
opinion.

[No. 35494-9-I.    Division One.    September 16, 1996.]

NAN KYU SON, ET AL., *Appellants*, v. ALLSTATE
INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 92-2-01946-7, Daniel Kirschner, J.,
entered October 6, 1994. *Affirmed* by unpublished opinion
per Grosse, J., concurred in by Coleman and Ellington, JJ.